UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
OBI ORAKWUE,

        Plaintiff,

   - against -

CITY OF NEW YORK, P.O. DISLA WILLIAN,
P.O. RAMPERSAND, and P.O. CENTURION,

        Defendants.
------------------------------------------------------------------------X

**JUDGMENT**
11-CV-6183 (RRM)(VMS)

ROSLYNN R. MAUSKOPF, United States District Judge.

    A Memorandum and Order of the undersigned having been filed this day dismissing the complaint, it is

    ORDERED, ADJUDGED AND DECREED that the complaint is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(b) and 37(b)(2)(A).  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.

                                                      SO ORDERED.

                                                      *Roslynn R. Mauskopf*

Dated: Brooklyn, New York
       March 20, 2015

                                                      ROSLYNN R. MAUSKOPF
                                                      United States District Judge